FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 MAY 30 AM 9: 55

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| COMMINY L. CRAWFORD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 305-142 |
| ) | |
| LAWTON DOUGLAS, and ) | |
| OLLIE GIBSON, ) | |
| ) | |
| Defendants. ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. In part, the Magistrate Judge's Report and Recommendation stated that Plaintiff did not plead damages. The Court notes that in her objections, Plaintiff does specify the alleged injuries that were inflicted on herself and her son as a result of the Defendants' actions.

However, Plaintiff's complaint must still be dismissed because she has failed to exhaust her administrative remedies. In the Eleventh Circuit, if administrative remedies are available, they must be exhausted, or the Court does not have jurisdiction over the petition. United States v. Williams, 425 F.3d 987, 990 (11th Cir. 2005) (quoting United States v. Flanagan, 868 F.2d 1544, 1546 (11th Cir. 1989)). This requirement applies regardless of whether the prisoner is currently housed at the facility where the alleged injury

occurred, or whether a pursuit of those administrative remedies would be untimely.

Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Plaintiff's complaint is dismissed.

**SO ORDERED** this 25th day of May, 2006.

JOHN P. NANGLE, JUDGE
UNITED STATES DISTRICT COURT